# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| STEVEN WILLIAMS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CV408-203 |
| THALRONE WILLIAMS, *Warden;* ANGELA GRANT, *Mental Health Director;* LIEUTENANT MORALES; and FOUR UNKNOWN PRISON GUARDS, | ) |
| Defendants. | ) |

## **ORDER**

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 1st day of June, 2009.

J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA