# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | | |
|---|---|---|
| STEVEN WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CV408-203 |
| | ) | |
| ANGELA GRANT, *Mental Health* | ) | |
| *Director;* LIEUTENANT PHILISIA | ) | |
| MORALES; and FOUR UNKNOWN | ) | |
| PRISON GUARDS, | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

After a careful <u>de</u> <u>novo</u> review of the record in this case, the Court

concurs with the Magistrate Judge's Report and Recommendation, to which

objections have been filed. Accordingly, the Report and Recommendation

of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED this** 14ᵗʰ **day of** October , 2009.

J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA