# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

| | | |
|---|---|---|
| STEVEN WILLIAMS, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. CV408-203 |
| PHILISIA MORALES, | ) | |
| Defendant. | ) | |

## REPORT AND RECOMMENDATION

Inmate-plaintiff Steven Williams brought this 42 U.S.C. § 1983 civil rights action in 2008 and several Court orders have whittled his various claims down to the point that the action was ripe for disposition. Facing defendant's fully supported summary judgment motion, Williams moved this Court to stay this case. Doc. 50. The Court denied his stay motion but offered to dismiss without prejudice "coupled with a Bill of Costs plus a cost-payment precondition to any re-filing." Doc. 53. Williams consents. Doc. 54. Accordingly, this case should be **DISMISSED WITHOUT PREJUDICE.**

**SO REPORTED AND RECOMMENDED** this 17th day of May, 2010.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT of GEORGIA